FILED

07/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0004

Petitioner Name ___James Duncan___

Address ___1801 Pennsylvania Ave., NW, Suite 1000___

City, State, Zip ___Washington, DC 20006___

Telephone ___202-378-2362___

E-mail ___james.duncan@huschblackwell.com___

## SUPREME COURT OF THE STATE OF MONTANA

No. _PR24-0004_

IN RE PETITION OF ___JAMES DUNCAN_____ (name)
FOR REINSTATEMENT TO ACTIVE STATUS
IN THE STATE BAR OF MONTANA

_____

### PETITION

_____

COMES NOW ___JAMES DUNCAN_____ (name) and respectfully

petitions this Court for reinstatement to active status pursuant to Section 3 of the By-Laws of

the State Bar of Montana.

Petitioner was admitted to the State Bar of Montana on _____ (date)

Petitioner (check one):

☐ Voluntarily chose inactive status on _____ (date).

☐ Voluntarily chose emeritus status on _____ (date).

☐ Voluntarily chose senior status on _____ (date).

☐ Was placed on inactive status by the State Bar of Montana pursuant to Rule 3B2, 7

and 13, of the Rules for Continuing Legal Education on _____ (date)

as a result of noncompliance with CLE requirements.

☐ Was suspended for noncompliance with CLE requirements on _____ (date).

☐ Has been suspended for three or more consecutive years for nonpayment of dues.

Petitioner was suspended on _____(date).

☒ Voluntarily resigned membership on _____April 2, 2021_____(date).

Petitioner is willing and able to pay active dues, fees, and the state license tax to the State Bar of Montana and comply with any continuing education requirements this Court may impose.

Petitioner ☒ is / ☐ is not actively practicing law in another jurisdiction. (If so, provide the jurisdiction(s) and dates of active status ___Utah, 03/17/2020 to the present___

_____.)

Petitioner ☐ has / ☒ has not been employed as a law clerk while on inactive status. (If so, provide the court(s) and dates of employment as a law clerk_____

_____.)

Petitioner ☐ is / ☒ is not currently suspended, disbarred, or otherwise ineligible to practice law in another jurisdiction. (If so, provide the pertinent details.)

Petitioner ☐ is / ☒ is not currently subject to disciplinary proceedings or pending disciplinary proceedings in another jurisdiction. (If so, provide the pertinent details.)

Petitioner ☐ has / ☒ has not been charged with a criminal offense while not on active status. (If so, provide the pertinent details.)

Petitioner ☐ has / ☒ has not accrued delinquent debt or filed for bankruptcy while not on active status. (If so, provide the pertinent details.)

Petitioner ☐ has / ☒ has not failed to fulfill the obligations of a public office or professional license (other than as an attorney) while not on active status. (If so, provide the pertinent details.)

Finally, petitioner ☐ has / ☒ has not committed any acts or omissions while not on active status which would be sanctionable under the Montana Rules of Professional Conduct. (If so, provide the pertinent details.)

WHEREFORE, petitioner requests reinstatement as an active member of the State Bar of Montana.

The above statements are true based upon petitioner's knowledge and belief.

DATED this __15th__ day of __July__, 20_24_.

BY: _____
                                    Petitioner

SUBSCRIBED AND SWORN TO before me this 15 day of July,
20 24 by James M Duncan (petitioner's name).

LAUREL PEREZ
Notary Public - State of Utah
Comm. No. 726520
My Commission Expires on
Sep 2, 2026

(Notarial Seal)

Notary Signature _Laurel Perez_
Printed Name of Notary _Laurel Perez_
Residing at _Highland, UT_
Notary Public for the State of ___UT___
My Commission Expires __9·2·26__

# CERTIFICATE OF GOOD STANDING



*This document expires 60 days from the date of issuance*

Issued on 6/18/2024

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for James M Duncan

This is to certify that James M Duncan, Utah State Bar No. 17368 was admitted to practice law in Utah on 3/17/2020.

James M Duncan is currently an ACTIVE member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

Maribeth LeHoux
General Counsel
Utah State Bar

No. 2024-1100199
verify by email at cogsrequest@utahbar.org



# Office of Professional Conduct

*Serving the Public by Regulating Attorneys and Licensed Paralegal Practitioners*

645 South 200 East, Suite 205
Salt Lake City, Utah 84111-3834
Telephone: 801.531.9110
FAX: 801.531.9912
Email: opc@opcutah.org

July 9, 2024

*Via Electronic Mail Only*

James M. Duncan
James.Duncan@huschblackwell.com
5432 W 10130 N
Highland, UT 84003

Re: Disciplinary History of James M. Duncan

Dear Mr. Duncan:

This letter responds to your request for a report on your disciplinary history from the Office of Professional Conduct ("OPC"). In that regard, please make note of the following:

(1) Pursuant to Rule 11-524(a) of the Supreme Court Rules of Professional Practice the OPC is required to destroy after three (3) years all records related to complaints terminated by dismissal or a declination to prosecute. After a record has been destroyed, a reference to any such matter must state that there is no record of the matter. Therefore, the OPC's response to any Bar complaint that has been closed by dismissal or declination to prosecute on or before July 9, 2021 is there is no record of such matter.

(2) Under the same rule, the OPC is only required to retain for thirty years all records or other evidence of the existence of complaints that resulted in public reprimand, suspension, delicensure (aka disbarment), resignation with discipline pending, admonition, disability, and probation running from the date the discipline expired.

According to our records, you have not had either a complaint filed against you, nor have you been the subject of any private or public discipline.

If you have any further questions, please contact our office.

Sincerely,

Christine T. Greenwood
Chief Disciplinary Counsel
Office of Professional Conduct

CTG/ru

# Utah Supreme Court Board of Continuing Legal Education
## Member Transcript
## 7/9/2024

| Member ID: 17368 | Member: Duncan, James | Status: AttActive Paid | Admitted: 3/17/2020 |
|---|---|---|---|

Work: (630) 338-9710  Cell:  Email: James.Duncan@huschblackwell.com

Fax:  Home:  CLE Date Range: 1/1/2020 – 7/1/2022

| Date | Program Title | Credit Type | Credit Hours |
|---|---|---|---|
| 6/21/2021 | 2021 Virtual Conference | Ethics_SELF-STUDY | 2 |
| 6/21/2021 | 2021 Virtual Conference | Regular_SELF-STUDY | 19.5 |
| 11/11/2021 | 10th Annual Utah Fall Employment Law Seminar | Regular_LIVE | 4.5 |
| 5/9/2022 | Preparing for Court Action in Admissions – Policy, Practice, Implementation (Hint: The Work Started | Regular_LIVE | 1 |
| 5/18/2022 | Feel Rest - How to Relax and Recharge with Mindfulness | Prof/Civility_LIVE | 1 |
| 6/22/2022 | Feel Good - Improving Relationships and Well-Being | Prof/Civility_LIVE | 1 |
| 6/29/2022 | 2022 Annual Conference | Regular_LIVE | 9.5 |
| 6/29/2022 | 2022 Annual Conference | Ethics_LIVE | 3.5 |

| | |
|---|---|
| Regular: | 34.5 |
| Ethics: | 5.5 |
| Prof\Civ: | 2 |
| Total: | 42 |

## Member Transcript Information

This Member transcript reflects the CLE hours to Utah State Board of CLE between 1/1/2020 and 7/1/2022

# Utah Supreme Court Board of Continuing Legal Education
# Member Transcript
# 7/9/2024

| Member ID: 17368 | Member: Duncan, James | Status: AttActive Paid | Admitted: 3/17/2020 |
|---|---|---|---|

Work: (630) 338-9710    Cell:    Email: James.Duncan@huschblackwell.com

Fax:    Home:    CLE Date Range: 7/1/2023 - 7/1/2024

| Date | Program Title | Credit Type | Credit Hours |
|---|---|---|---|
| 2/15/2024 | Annual Cyberlaw Conference | Regular_LIVE | 5 |
| 5/21/2024 | Trial 101 Series - Ethics | Ethics_LIVE | 1 |
| 6/18/2024 | Procrastinator Series - Forensic Genealogy in the Practice of Law | Regular_LIVE | 1 |
| 6/19/2024 | Utah's Business and Chancery Court | Regular_LIVE | 1 |
| 6/25/2024 | On Demand - Innovation in Practice | Regular_SELF-STUDY | 2 |
| 6/25/2024 | Procrastinator Series - What Affects a Lawyer's Competence? A Discussion of Rule 1 and its Comments | Ethics_LIVE | 1 |
| 6/25/2024 | Civility and Professionalism for Lawyers | Prof/Civility_SELF-STUDY | 1 |

| | |
|---|---|
| Regular: | 9 |
| Ethics: | 2 |
| Prof\Civ: | 1 |
| Total: | 12 |

# Member Transcript Information

This Member transcript reflects the CLE hours to Utah State Board of CLE between 7/1/2023 and 7/1/2024

# Certificate of Compliance

## UTAH SUPREME COURT BOARD OF CONTINUING LEGAL EDUCATION

For July 1 _2022_ through June 30 _2023_

Utah Law & Justice Center
645 South 200 East
Salt Lake City, Utah 84111
Telephone (801) 531-9077 / Fax (801) 531-0660 / Email mclestaff@utahbar.org

Name: James Duncan

Address: 800 W. University Pkwy MS 308
Ste BA 211
Orem, UT 84058

Utah State Bar Number: 17368

Email: jduncan@uvu.edu

Telephone Number: (801) 863-5972

| Date of Activity | Sponsor Name/ Program Title | Activity Type | Regular Hours | Ethics Hours | Professionalism & Civility | Total Hours |
|---|---|---|---|---|---|---|
| | See attached | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | Total Hours | | | | | |

**Active Status Lawyer** – Lawyers on active status must complete, during each one year compliance cycle (July 1–June 30), a minimum of twelve hours of Utah accredited CLE. At least six hours of the CLE must be Live CLE, which may include any combination of In-person CLE, Remote Group CLE, or Verified E-CLE. The remaining six hours of CLE may include Self-study CLE or Live CLE. The twelve hours must include one hour of accredited ethics CLE and one hour of accredited professionalism and civility CLE. Please visit www.utahbar.org for a complete explanation of Rule 14-404.

**Paralegal Practitioners** – Paralegal Practitioners on active status must complete, during each one year compliance cycle(July 1–June 30), a minimum of six hours of Utah accredited CLE. At least three hours of the CLE must be Live CLE, which may include any combination of In-person CLE, Remote Group CLE, or Verified E-CLE. The remaining three hours of CLE may include Self-study CLE or Live CLE. The six hours must include one hour of accredited ethics CLE and one hour of accredited professionalism and civility CLE. Please visit www.utahbar.org for a complete explanation of Rule 14-404.

**House Counsel** – House Counsel Lawyers must file with the MCLE Board by July 31 of each year a House Counsel Certificate signed by the jurisdiction where House Counsel maintains an active license evdencing that the lawyer has completed the hours of continuing legal education required of active lawyers in the jurisdiction where House Counsel is licensed.

Last date: 06-27-2023

8/3/23
chom

New Lawyer CLE requirement – A lawyer who is obligated to and who successfully fulfills the requirements of the NLTP will receive 12 Accredited Live CLE hours for the Compliance Cycle during which the lawyer completes the NLTP requirements. New lawyers are required to attend the New Lawyer Ethics Program. This program satisfies the Ethics CLE requirement and the Professionalism and Civility CLE requirement for the Compliance Cycle during which the new lawyer completes the NLTP requirements.*If the New Lawyer Training Program will not be completed by June 30 of the current compliance cycle, the attorney needs to comply with the Regular 12 Hour MCLE Requirements and use the NLTP completion for the following compliance cycle.

Active Emeritus Status – Lawyers on active emeritus status must comply with MCLE requirements by participation in six hours of Accredited CLE during each Compliance Cycle.

Active Military Duty – Lawyers who are serving or called to federal active military duty that will last for 90 consecutive days or longer during any portion of a Compliance Cycle will have MCLE requirements waived for that particular Compliance Cycle. Each lawyer serving or called to federal active military duty that will last for 90 consecutive days or longer must file with the Board a statement of compliance providing verification of the date the lawyer was called to federal active military duty. The statement of compliance is due by July 31 following the end of the Compliance Cycle in which the report is due.

## EXPLANATION OF TYPE OF ACTIVITY

## Rule 14-413. CLE Accreditation for qualified audio and video presentations, webcasts, computer interactive programs, writing, lecturing, teaching, public service, and live attendance.

Self-Study CLE
No more than six hours during a Compliance Cycle for a lawyer, nor three hours during a Compliance Cycle for a paralegal practitioner. may be obtained through qualified audio/video presentations, computer interactive programs; writing; lecturing and teaching credit. Please visit www.utahbar.org for a complete explanation of Rule 14-413 (a), (b), (c) and (d).

Live CLE Program
There is no restriction on the number of hours that may be obtained through attendance at of live CLE programs during a reporting period.

## THE ABOVE IS ONLY A SUMMARY. FOR A FULL EXPLANATION, SEE RULE 14-409 OF THE RULES GOVERNING MANDATORY CONTINUING LEGAL EDUCATION FOR THE STATE OF UTAH.

Rule 14-414 (a) – On or before July 31 each year, each lawyer or paralegal practitioner subject to MCLE requirements must file a Certificate of Compliance with the Board, appropriately evidencing the lawyer's or paralegal practitioner's completion of Accredited CLE ending the preceding 30th day of June.

Rule 14-414 (b) – Each lawyer or paralegal practitioner shall pay a filing fee in the amount of $10.00 at the time of filing the Certificate of Compliance. Any lawyer or paralegal practitioner who fails to complete the MCLE requirement by the June 30 deadline, or fails to file by the July 31 deadline, shall be assessed a $100.00 late fee. Lawyers and paralegal practitioners who fail to comply with the MCLE requirements and are administratively suspended under Rule 14-415 will be assessed, in addition to the filing fee and late fee, a $200 reinstatement fee or, if the failure to comply is a repeat violation within the past 5 years, a $500 reinstatement fee.

Rule 14-414 (c) – Each lawyer or paralegal practitioner will maintain proof to substantiate the information provided on the filed Certificate of Compliance. The proof may contain, but is not limited to, certificates of completion or attendance from sponsors, certificates from course leaders, or materials related to credit. The lawyer or paralegal practitioner must retain this proof for a period of four years from the end of the period for which the Certificate of Compliance is filed. Proof must be submitted to the Board upon written request.

I hereby certify that the information contained herein is complete and accurate. I further certify that I am familiar with the Rules and Regulations governing Mandatory Continuing Legal Education for the State of Utah including Rule 14-414.

A copy of the Supreme Court Board of Continuing Education Rules and Regulation may be viewed at www.utahmcle.org

Date: _____ / _____ / _____        Signature: _____

Make checks payable to: *Utah Supreme Court Board of CLE* in the amount of *$10* or call 801-531-9077 to make a credit card payment. Returned checks will be subject to a $20 charge

# Utah Supreme Court Board of Continuing Legal Education
## Member Transcript
## 08/03/2023

| Member ID: 17368 | Member: Duncan, James | Status: AttActive Paid | Admitted: 3/17/2020 |
|---|---|---|---|

Work: (801) 863-5972  Cell:  Email: jduncan@uvu.edu

Fax:  Home:  CLE Date Range: 7/1/2022 - 8/3/2023

| Date | Program Title | Credit Type | Credit Hours |
|---|---|---|---|
| 10/20/2022 | 2022 Attorney General CLE Conference | Regular | 4 |
| 10/20/2022 | 2022 Attorney General CLE Conference | Ethics | 1 |
| 10/20/2022 | 2022 Attorney General CLE Conference | Professionalism/Civility | 1 |

| | |
|---|---|
| Regular: | 4 |
| Ethics: | 1 |
| Prof\Civ: | 1 |
| Total: | 6 |

# Member Transcript Information

This Member transcript reflects the CLE hours to Utah State Board of CLE between 7/1/2022 and 8/3/2023

# ℿ NACUA

## Certificate of Attendance
### Annual Conference

## 2023 Annual Conference
June 27 - 30, 2023

- **Attorneys from MD, MA, MI, SD, or DC:** These jurisdictions do not have CLE requirements and therefore require no report of attendance or filing.

- **Attorneys from AK, AZ, CA, CO, CT, DE, HI, IN, IA, KY, MN, MO, MT, NH, NJ, NY, VT, WI, or WY:** Do not return this form to NACUA. Please keep this form for your records to submit directly to your state CLE commission or in case your state bar audits you for CLE compliance. Please also remember to sign the attendance record.

- **Attorneys from all other states:** Please complete and return this form no later than Friday, July 14 the CLE Credit Submission Portal (www.nacua.org/submitCLE). Please also remember to sign the attendance record.

NACUA certifies that this program has been presumptively approved and conforms to the standards prescribed by the rules and regulations of the State Bars of AK, AZ, AR, CA, CT, DE, HI, NV, NH, NJ, NM, PA, RI, VT, WV and WY. NACUA will apply for CLE credits from the following states: AL, CO, FL, GA, ID, IL, IN, IA, KS, KY, LA, ME, MN, MS, MO, MT, NE, NC, ND, OH, OK, OR, SC, TN, TX, UT, VA, WA and WI.

The New York Approved Jurisdiction policy may apply to this program. New York attorneys may apply CLE credit from one of the approved jurisdiction states towards their NY CLE requirement. For more information and to review the policy, please visit www.nycourts.gov/attorneys/cle/approvedjurisdictions.shtml.

Note: Restrictions vary state by state and not all states will accredit this program.

Upon receipt of this certificate of attendance and your attendance record, NACUA will process the credits through the applicable state if approved.

## Certification

NACUA will apply for a total of 795 minutes including 150 minutes of ethics. By signing below, I certify that I attended the above activity and request 735 minutes of CLE credits including 150 minutes of ethics.    12.0 hours    2.5 hours

James Duncan
_____
**Name**

800 West University Parkway MS 308, Orem
_____
**Address**

_____
**Signature**

UT 17368
_____
**State & Bar Number**

jduncan@uvu.edu
_____
**Email**

Authorized By:

*Amanda McLean*

Amanda McLean
Meetings and Events Coordinator


## 2023 Annual Conference
June 27 - 30, 2023

If you are an attorney applying for Continuing Legal Education credits (CLEs), you must sign this attendance record to verify your attendance. Please complete and return this form no later than Friday, July 14 to the CLE Credit Submission Portal (www.nacua.org/submitCLE).

**\*Total CLE Credits = 795 minutes**

Utah Valley University

**Organization**

James Duncan

**PRINTED Name**

*[signature]*

**SIGNATURE**

Utah 17368

**State & Bar Number (If Applying for CLE)**

# Lacey Darger

**From:** Jenny Christensen <Jenny.Christensen@uvu.edu>
**Sent:** Wednesday, July 19, 2023 8:51 AM
**To:** Staff MCLE
**Subject:** RE: CLE Certificate
**Attachments:** JDuncanNACUA2023CLE.pdf

Good Morning,

I'm following up on this email I send a few weeks ago. James Duncan finished up his CLE at the end of June. I sent his certificate but it's still not showing up on his transcript. The certificate was also submitted to NACUA, are you waiting for them to send it to you? I just want to make sure he gets his credit for the 6/30/2023 cycle.

Thank you,
Jenny

**From:** Jenny Christensen
**Sent:** Wednesday, July 5, 2023 1:57 PM
**To:** staff@mcleutah.org
**Subject:** CLE Certificate

Good Afternoon,

I am reaching out for James Duncan, bar no. 17368. You will receive the attached from NACUA shortly but I wanted to get it sent to you as soon as possible so the hours can be credited to his last cycle. Thank you!

Best,



JENNY CHRISTENSEN
**UTAH VALLEY UNIVERSITY**
*Legal Secretary*
*Office of General Counsel*
jenny.christensen@uvu.edu
(801) 863-5630

*This is an email from Utah Valley University's Office of General Counsel. This email and any attachments may contain information that is confidential and/or protected by the attorney-client privilege and attorney work product doctrine. This email is not intended for receipt by any unauthorized persons. Inadvertent disclosure of the contents of this email or its attachments to unintended recipients does not constitute a waiver of attorney-client privilege or attorney work product protections. If you have received this email in error, please immediately notify me and destroy this email, any attachments, and all copies, either electronic or printed. Any disclosure, copying, distribution, or use of the contents or information received in error is strictly prohibited. Thank you.*